**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01497-CMA-GPG

PAUL GRIFFITH,
BRAD ARMENDARIZ,
AMBER NIDIFFER,
BOB WILTSIE,
FRANK CARLYLE, and
BRIAN QUINTANILLA

    Plaintiffs,

v.

DOUBLE J DISPOSAL, INC.,
JOSEPH LEONARD, and
RACHEL LEONARD,

    Defendants.

---

## ORDER TO AMEND CAPTION

---

This matter is before the Court *sua sponte*. Based on the settlement agreements filed in this action (Doc. # 36), it appears that the parties seek to settle this case as individuals, not as a collective action. Accordingly, it is hereby ORDERED that the caption shall be amended to delete the phrase, "on behalf of himself and all similarly situated persons." It is

FURTHER ORDERED that Brian Quintanilla is added as a Plaintiff to this action. *See* (Doc. # 28). It is

FURTHER ORDERED that Frank Carlyle is added as a Plaintiff to this action. *See* (Doc. # 12). It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect these changes, as set forth in the above caption.

DATED:  April   10  , 2015

BY THE COURT:

*Christine M. Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge