IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-01497-CMA-GPG

PAUL GRIFFITH,
BRAD ARMENDARIZ,
AMBER NIDIFFER,
BOB WILTSIE,
FRANK CARLYLE, and
BRIAN QUINTANILLA

      Plaintiffs,

v.

DOUBLE J DISPOSAL, INC.,
JOSEPH LEONARD, and
RACHEL LEONARD,

      Defendants.

## ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND JOINT MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS

This matter is before the Court on the parties' Joint Motion for Court Approval of Settlement (Doc. # 36), and Joint Motion to Dismiss All Claims Against Defendants (Doc. # 37). Based on the representations of the parties, the Court finds no dispute that the Settlement Agreement was negotiated at arm's length and is a fair, equitable, and reasonable resolution of a *bona fide* dispute in contested litigation. There being no assertions otherwise, the Court so finds. Therefore, upon full consideration of the motions and all other papers and proceedings herein, it is hereby ORDERED as follows:

    1. Joint Motion for Court Approval of Settlement (Doc. # 36) is GRANTED.

2. Joint Motion to Dismiss All Claims Against Defendants (Doc. # 37) is GRANTED.

3. The Settlement Agreement and Releases are APPROVED (Doc. ## 36-1, 36-2, 36-3. 36-4, 36-5, 36-6, 36-7).

4. The request for approval of the parties' agreement to pay attorney fees in the amount of $15,786.07 is APPROVED.

5. The parties are directed to proceed with the administration of the settlement as provided by the terms of the settlement agreements.

6. This action is DISMISSED WITH PREJUDICE.

DATED:  April  10 , 2015

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge